FILED
2010 APR -9 PM 5:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 04cr2987 JM |
|---|---|
| Plaintiff, vs. | ORDER RETURNING EX PARTE COMMUNICATION |
| CHARLES W. NARON | |
| Defendant. | |

On or about April 2, 2010 the court received a letter from Defendant inquiring into the status of his supervised release. It is inappropriate for any party to send correspondence directly to the court. Pursuant to Civil Local Rule 83.9, a party to any case may not maintain ex parte communications with the court by writing letters to the judge. "All matters to be called to a judge's attention should be formally submitted" by means of an appropriate motion. L.R. 83.9. In sum, the court is returning the correspondence to Defendant.[1]

IT IS SO ORDERED.

DATED: __4/9__, 2010

_____
JEFFREY T. MILLER
United States District Judge

cc: All parties

---

[1] The court notes that Defendant's probation officer may be of assistance to him.

- 1 -

04cr2987